**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01303-CV

**JOHN WILLIAMS, Appellant**

**V.**

**DART TRANSIT, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-14-00720-B**

## ORDER

We **DENY** appellant's September 24, 2015 motion for judgment on the pleadings.


/s/     CRAIG STODDART
JUSTICE